UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Michael R. Jones</u>

    v.                              Civil No. 05-cv-347-JD

<u>McFarland Ford Sales, Inc., et al.</u>


<u>O R D E R</u>

     Michael R. Jones moves for reconsideration of the court's order issued on December 15, 2005, that concluded: "the defendants' motion for partial judgment on the pleadings (document no. 6) is granted as to the plaintiff's claim in Count V against the individual defendants and is otherwise terminated as moot due to the stipulation of dismissal (document no. 7)." Jones interprets that conclusion to also dismiss his claim in Count V against McFarland Ford and asks the court to reconsider.

     As the defendants point out in their reply to Jones's motion, he misunderstands. His claim in Count V against McFarland Ford is not dismissed. Only his retaliation claim against the individual defendants is dismissed by the order, and the parties' stipulation of dismissal controls the extent to which they agreed to dismiss Jones's other claims.

<u>Conclusion</u>

  For the foregoing reasons, the plaintiff's motion to reconsider (document no. 11) is denied.

  SO ORDERED.

             _____
             Joseph A. DiClerico, Jr.
             United States District Judge

December 28, 2005

cc: Debra Weiss Ford, Esquire
   Douglas W. Macdonald, Esquire